NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMIE GEER,                                        )
                                                   )
            Appellant,                             )
                                                   )
v.                                                 )          Case No. 2D18-431
                                                   )
STATE OF FLORIDA,                                  )
                                                   )
            Appellee.                              )
_____          )

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Frank Quesada,
Judge.

Jamie Geer, pro se.


PER CURIAM.

            Affirmed.  See § 934.09(10)(a), Fla. Stat. (2004); Johnson v. State, 60 So.

3d 1045 (Fla. 2011); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v.

State, 22 So. 3d 132 (Fla. 2d DCA 2009); Steward v. State, 931 So. 2d 133 (Fla. 2d

DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State,

827 So. 2d 1054 (Fla. 2d DCA 2002); Miller v. State, 619 So. 2d 9 (Fla. 4th DCA 1993).


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.